

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EX PARTE: JUAN CARLOS REYES. | § | No. 08-12-00261-CR |
|  | § | Appeal from the |
|  | § | County Court at Law No. 7 |
|  | § | of El Paso County, Texas |
|  | § | (TC# 20050C17647-CC7-1) |
|  | § |  |

**O R D E R**

The Court has received and filed the supplemental clerk's record requested in this Court's order issued February 14, 2013.   The appeal is therefore reinstated and the Appellee's brief is due May 15, 2013.

IT IS SO ORDERED this 2nd day of May, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.